FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 24 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV 12-02024 MMM (AN)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the pleadings and all other papers in this case, including the Magistrate Judge's Report and Recommendation ("R&R"). Plaintiff has waived objections to the Magistrate Judge's factual findings by failing to file Objections to the R&R in the required time and manner. *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

IT IS ORDERED that the R&R is approved and adopted and judgment shall be entered affirming the Commissioner's final decision.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment by the United States mail on the parties.

DATED: April 23, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE