FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.   CV 12-02024 MMM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed.

DATED: April 23, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE