FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROSELYN YOUNG, | Case No.   CV 12-02024 MMM (AN) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed.

DATED: April 23, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE